UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARGARITO BASURTO and on behalf of others similarly situated,

              Plaintiff,

-against-

LENOX COFFEE LLC (d/b/a Lenox Coffee Roaster), ROSA PRADO, MONICA PRADO, and ARTURO VIRAMONTES,

              Defendants.

**ORDER**

22 Civ. 6915 (PGG) (JLC)

PAUL G. GARDEPHE, U.S.D.J.:

        The Complaint in this Fair Labor Standards Act case was filed on August 15, 2022. (Cmplt. (Dkt. No. 1))  On August 17, 2022, this case was referred to Magistrate Judge James L. Cott for general pretrial supervision. (Dkt. No. 11)  Defendants were served on September 23, 2022. (Exctd. Smns. (Dkt. Nos. 13-16))  To date, no answer has been filed and no appearance has been entered for any Defendant.

        Accordingly, Plaintiff will move for a default judgment by **November 7, 2022**.  If Plaintiff does not move for a default judgment by **November 7, 2022**, this case will be dismissed for failure to prosecute.

Dated: New York, New York
       October 28, 2022

SO ORDERED.

_Paul S. Gardephe_
Paul G. Gardephe
United States District Judge