UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
MARGARITO BASURTO, *individually and
on behalf of others similarly situated*,                Docket No.: 1:22-cv-06915-PGG-JLC

                          *Plaintiff*,                **PROPOSED DEFAULT
                                                              JUDGMENT**

      -against-

LENOX COFFEE LLC (D/B/A LENOX
COFFEE ROASTER), ROSA PRADO,
MONICA PRADO,
and ARTUTO VIRAMONTES,
                       *Defendants*,
------------------------------------------------------------X

## **JUDGMENT**

Plaintiff commenced this action by filing a Complaint (and associated documents) on August 15, 2022. (ECF Dkt. No. 1).

To date, Defendants Lenox Coffee LLC (D/B/A Lenox Coffee Roaster), Rosa Prado, Monica Prado, and Artuto Viramontes, have failed to answer or otherwise respond to the Complaint. The Clerk of this Court certified the defaults of Lenox Coffee LLC (D/B/A Lenox Coffee Roaster), Rosa Prado, Monica Prado, and Artuto Viramontes on September 23, 2022 (ECF Dkt. Nos. 22-24, 26).

NOW, on motion of Plaintiff, by his attorneys, CSM Legal, P.C., it is hereby ORDERED, ADJUDGED, AND DECREED:

That Plaintiff have judgment jointly and severally against Lenox Coffee LLC (D/B/A Lenox Coffee Roaster), Rosa Prado, Monica Prado, and Artuto Viramontes in the amount of $13,475.46 including compensatory damages and permissible liquidated damages, plus pre-judgment interest in the amount of $_____ (calculated at the legal rate in effect on the date of this judgment) all computed as provided in 28 U.S.C. § 1961(a).

- 2 -

That Plaintiff is awarded attorney's fees in the amount of $2,113.50, and costs in the amount of $780.00.

That if any amounts remain unpaid upon the expiration of ninety days following issuance of judgment, or ninety days after expiration of the time to appeal and no appeal is then pending, whichever is later, the total amount of judgment shall automatically increase by fifteen percent, as required by NYLL § 198(4).

Dated:        New York, New York
              _____, 2022

                                        _____
                                        HON. PAUL G. GARDEPHE
                                        UNITED STATES DISTRICT JUDGE