UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARGARITO BASURTO, *individually and on behalf of others similarly situated*,

                      Plaintiffs,

-against-

LENOX COFFEE LLC, et al.,

                      Defendants.

22-CV-06915 (AS)

ORDER

ARUN SUBRAMANIAN, United States District Judge:

    On November 7, 2022, plaintiff filed a proposed order to show cause and a proposed default judgment. *See* ECF Nos. 28, 30. Plaintiff shall notify this court by Friday, September 8, 2023, whether plaintiff still wants to pursue a default judgment.

    SO ORDERED.

Dated: September 6, 2023
       New York, New York

                                              ARUN SUBRAMANIAN
                                              United States District Judge