UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARGARITO BASURTO, *individually and on behalf of others similarly situated*,<br><br>                              Plaintiffs,<br><br>          -against-<br><br>LENOX COFFEE LLC, et al.,<br><br>                              Defendants. | 22-CV-06915 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

      Plaintiff has filed a proposed order to show cause and a proposed order of default judgment against defendants Lenox Coffee LLC, Rosa Prado, Monica Prado, and Arturo Viramontes. Dkts. 28, 30. In reviewing plaintiff's default judgment materials, the Court noticed that the materials were mailed to defendants at an address that appears to no longer be associated with defendants. *See* https://patch.com/new-york/harlem/harlems-lenox-coffee-closing-after-11-years (announcing, on August 30, 2022, that Lenox Coffee was closing). Plaintiff is hereby ORDERED to serve defendants the default judgment papers, along with this order, at an address that is current, such as the personal residences of the named individual defendants. Plaintiff shall file proof of service by January 15, 2024.

      Defendants shall respond in writing to this order by January 22, 2024. If defendants fail

to respond by that time, judgment may be entered against them. The plaintiff may file a reply by January 29, 2024.

    SO ORDERED.

Dated: January 9, 2024
       New York, New York

                                                  ARUN SUBRAMANIAN
                                                  United States District Judge