# LAW OFFICE OF RUDY A. DERMESROPIAN, LLC

**Rudy A. Dermesropian**
rad@dermesropianlaw.com

810 SEVENTH AVENUE
SUITE 405
NEW YORK, NY 10019
Ph.: 646-586-9030
Fax: 646-586-9005
www.dermesropianlaw.com

Affiliate Office:
Skillman, NJ

February 27, 2024

**Via ECF**

Honorable Arun Subramanian, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: *Margarito Basurto v. Lenox Coffee, LLC, et al.*
Case No. 22-cv-6915 (AS) (JLC)

Dear Judge Subramanian:

This office represents the Defendants in the above-referenced matter. On February 23, 2024 an Order for Conference Pursuant to Rule 16 was issued scheduling an initial case management conference on March 7, 2024 at 11:00 a.m., and on February 26, 2024 a Notice of Initial Pretrial Conference was filed scheduling an initial pretrial conference on March 4, 2024 at 11:00 a.m. Accordingly, the parties jointly submit this letter requesting clarification of the actual date and time of the conference.

In addition, in the event the conference is supposed to be held on March 4, 2024, Defendants' counsel requests, on consent of Plaintiffs' counsel, an adjournment of the conference since Defendants' attorney is scheduled to appear to a Hearing/Trial at the NYSDHR on March 4th and 5th, 2024. We thank the Court for its time and consideration of this matter.

Respectfully submitted,

*/s/ Rudy A. Dermesropian*

Rudy A. Dermesropian
Managing Member

cc:   All counsel of record (via ECF)

---

The initial conference set for March 4, 2024, is hereby CANCELED. The March 7th conference before Judge Cott will proceed as scheduled.

The Clerk of Court is directed to terminate Dkt. 48.

SO ORDERED.

*[signature]*

Arun Subramanian, U.S.D.J.
Date: February 28, 2024