UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARGARITO BASURTO, *individually and on behalf of others similarly situated*,<br><br>                                     Plaintiffs,<br><br>-against-<br><br>LENOX COFFEE LLC, et al.,<br><br>                                     Defendants. | 22-CV-06915 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

       Discovery in this case is due on July 15, 2024. By August 9, 2024, Plaintiff Margarito Basurto and the principal decisionmaker for the defendants, and their counsel, should meet and confer in person for no less than one hour in an attempt to resolve the case. The parties should file a joint letter confirming their compliance with this order by August 10, 2024. If there is already an upcoming in-person mediation scheduled, the parties may disregard this order.

       SO ORDERED.

Dated: May 3, 2024
           New York, New York

                                                  ARUN SUBRAMANIAN
                                                United States District Judge