**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
MARGARITO BASURTO, *individually and on*
*behalf of others similarly situated,*

                                           *Plaintiff,*

-against-

LENOX COFFEE LLC (D/B/A LENOX
COFFEE ROASTER), ROSA PRADO,
MONICA PRADO, and ARTURO
VIRAMONTES,

                                           *Defendants.*
-----------------------------------------------------------X

**Case No.** 22-cv-06915

**[Proposed Form of]**
**JUDGMENT**

On June 28, 2024, Plaintiff filed a notice of acceptance of offer of judgment pursuant to Rule 68 of the Federal Rules of Civil Procedure.

NOW, it is hereby ORDERED, ADJUDGED AND DECREED as follows:

That the Plaintiff, MARGARITO BASURTO, has judgment against LENOX COFFEE LLC (D/B/A LENOX COFFEE ROASTER), ROSA PRADO, and MONICA PRADO, jointly and severally, in the amount of Six Thousand Dollars and No Cents ($6,000.00), which is inclusive of reasonable attorneys' fees and costs.

Dated: _____, 2024

                                                  _____
                                                  HON. ARUN SUBRAMANIAN
                                                  UNITED STATES DISTRICT JUDGE