**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
MARGARITO BASURTO, *individually and on behalf of others similarly situated,*

                       *Plaintiff,*

-against-

LENOX COFFEE LLC (D/B/A LENOX COFFEE ROASTER), ROSA PRADO, MONICA PRADO, and ARTURO VIRAMONTES,

                       *Defendants.*
------------------------------------------------------------X

**Case No.** 22-cv-06915

**JUDGMENT**

       On June 28, 2024, Plaintiff filed a notice of acceptance of offer of judgment pursuant to Rule 68 of the Federal Rules of Civil Procedure.

       NOW, it is hereby ORDERED, ADJUDGED AND DECREED as follows:

       That the Plaintiff, MARGARITO BASURTO, has judgment against LENOX COFFEE LLC (D/B/A LENOX COFFEE ROASTER), ROSA PRADO, and MONICA PRADO, jointly and severally, in the amount of Six Thousand Dollars and No Cents ($6,000.00), which is inclusive of reasonable attorneys' fees and costs.

Dated: June 28, 2024

                                                          _____
                                                          HON. ARUN SUBRAMANIAN
                                                          UNITED STATES DISTRICT JUDGE

                                                          Date: July 1, 2024