UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARGARITO BASURTO, *individually and on behalf of others similarly situated*,

                Plaintiffs,

-against-

LENOX COFFEE LLC, et al.,

                Defendants.

22-CV-06915 (AS)

ORDER

ARUN SUBRAMANIAN, United States District Judge:

    On July 1, 2024, the Court entered the parties' proposed judgment. However, the proposed judgment did not mention or enter judgment against defendant Arturo Viramontes. If that was a mistake, the parties should file an amended proposed judgment by July 17, 2024, and the Court will vacate the previous judgment. If that was not a mistake and plaintiffs intend to proceed against defendant Viramontes, they should file a letter by July 17, 2024, indicating the next steps for this case.

    SO ORDERED.

Dated: July 11, 2024
       New York, New York

                                        ARUN SUBRAMANIAN
                                        United States District Judge